# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SCOTT COLLINS,<br><br>                    Defendant. | CASE NO. 11CR2812-JAH<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment:

   21:841(a)(1) and 846 - Conspiracy to Distribute Controlled Substance

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 17, 2015

                                        _____
                                        David H. Bartick
                                        U.S. Magistrate Judge